UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| CELEDONIO AYALA-ROSALES, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 4:14-cv-48 |
| v. ) | |
| ) | Judge Mattice |
| JOHN PHILIP TEAL, ) | Magistrate Judge Steger |
| ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

# **ORDER**

On March 1, 2016, United States Magistrate Judge Christopher H. Steger filed his Report and Recommendation (Doc. 47) pursuant to 28 U.S.C. § 636(b)(1). Magistrate Judge Steger recommended that Defendant's Motion for Attorney Fees (Doc. 32) be denied.

The Parties have filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Steger's well-reasoned conclusions.

Accordingly:

- The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact, conclusions of law, and recommendations (Doc. 47) pursuant to § 636(b)(1) and Fed. R. Civ. P. 72(b); and

---

[1] Magistrate Judge Steger specifically advised the Parties that they had 14 days in which to object to the Report and Recommendation and that failure to do so would waive their right to appeal. (Doc. 47 at 4 n.2); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which the Parties could timely file any objections has now expired.

- Defendant's Motion for Attorney Fees (Doc. 32) is hereby **DENIED**.

**SO ORDERED** this 5th day of July, 2016.

                                                */s/ Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE